# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LA QUINTA FRANCHISING LLC, a Nevada Limited Liability Company;<br><br>Plaintiff,<br><br>v.<br><br>SR HOSPITALITY, LLC, a Louisiana Limited Liability Company; and RAJESH PATEL, an individual,<br><br>Defendants. | Civil Action No.: 2:23-cv-23189<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>**ORDER** |

This matter having been opened to the Court by way of a motion filed by plaintiff, La Quinta Franchising LLC ("LQF"), seeking the entry of Final Judgment by Default against defendants, SR Hospitality, LLC and Rajesh Patel (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 18, 2023, seeking damages as a result of the breach of a franchise agreement; that service of the Summons and Complaint having been effected on SR Hospitality, LLC on January 2, 2024 and on Rajesh Patel on January 11, 2024; and that the time for Defendants to answer or otherwise respond to the Complaint has expired without an extension having been requested or granted; and it further appearing that Defendants have failed to interpose an answer or other response to the Complaint; and default having been entered by the Clerk of the Court against Defendants on May 10, 2024 for Defendants' failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown;

**IT IS** on this 1st day of November, 2024, **ORDERED** that the Clerk of Court shall note Defendants' default on the docket and that **JUDGMENT** in the amount of $569,126.24

by way of default shall be entered against Defendants as to liability Counts One, Two, Three, Four, Five, and Six of the Complaint.

/s/ *Susan D. Wigenton*
**HON. SUSAN D. WIGENTON**
United States District Judge